IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>*Plaintiff,*<br>v.<br><br>HELEN GOLDSTEIN, THE HELEN GOLDSTEIN INSURANCE TRUST, JONATHAN S. BERCK, individually and as Trustee of The Helen Goldstein Insurance Trust, THOMAS LASKARIS, individually and as Trustee of The Helen Goldstein Insurance Trust, XLI HOLDINGS, LLC, FRANK B. WEISZ, FRANK B. WEISZ AND ASSOCIATES, P.C. and HIGHLAND CAPITAL BROKERAGE, INC.,<br><br>*Defendants.* | C.A. No. 09-369-SLR |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff American General Life Insurance Company ("American General"), by and through its undersigned counsel, hereby voluntarily dismisses Highland Capital Brokerage, Inc., having no answer or motion for summary judgment on file, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

**COOLEY MANION JONES LLP**

*/s/ Amaryah K. Bocchino*
Jason A. Cincilla (#4232)
Amaryah K. Bocchino (#4879)
Margaret E. Juliano (#4722)
500 Delaware Avenue, Suite 710
Wilmington, DE 19801
(302) 657-2100
jcincilla@cmjlaw.com
abocchino@cmjlaw.com
*Attorneys for Plaintiff*
*American General Life Insurance Company*

322422v1

**OF COUNSEL**
Megan Harper, Esquire (#4103)
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
The Curtis Center, Suite 103 East
Independence Square West
Philadelphia, PA 19106
(215) 627-6900
megan.harper@wilsonelser.com


Dated:  October 30, 2009

## CERTIFICATE OF SERVICE

I, Amaryah K. Bocchino, counsel of record for American General Life Insurance Company, hereby certify that on October 30, 2009, I electronically filed a NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 30, 2009, said NOTICE OF VOLUNTARY DISMISSAL was sent via U.S. First Class Mail to the following person(s):

HIGHLAND CAPITAL BROKERAGE, INC.
3535 Grandview Parkway, Suite 600
Birmingham, Alabama 35243
*Individual Defendant*

**COOLEY MANION JONES LLP**

*/s/ Amaryah K. Bocchino*
Jason A. Cincilla (#4232)
Amaryah K. Bocchino (#4879)
Margaret E. Juliano (#4722)
500 Delaware Avenue, Suite 710
Wilmington, DE 19801
(302) 657-2100
jcincilla@cmjlaw.com
abocchino@cmjlaw.com
*Attorneys for Plaintiff*
*American General Life Insurance Company*

**OF COUNSEL**
Megan Harper, Esquire (#4103)
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
The Curtis Center, Suite 103 East
Independence Square West
Philadelphia, PA 19106
(215) 627-6900
megan.harper@wilsonelser.com