UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

AMERICAN GENERAL LIFE INSURANCE,
                  Plaintiff,

v.                                              No. 09-cv-369-SLR

HELEN GOLDSTEIN, THE HELEN
GOLDSTEIN INSURANCE TRUST,
JONATHAN S. BERCK, individually
and as Trustee of the Helen Goldstein
Insurance Trust, THOMAS LASKARIS,
individually and as Trustee of the Helen
Goldstein Insurance Trust, XLI HOLDINGS,
LLC, FRANK B. WEISZ, and FRANK B.
WEISZ AND ASSOCIATES, P.C.
                  Defendants.

## DEFENDANT FRANK B. WEISZ AND FRANK B. WEISZ & ASSOCIATES, P.C.'S RULE 26(a)(1) DISCLOSURE STATEMENT

Defendants Frank B. Weisz and Frank B. Weisz & Associates, P.C. (collectively the "Weisz Defendants"), by and through their undersigned counsel, hereby submit their Disclosure Statement pursuant to Fed.R.C.P. 26(a)(1) as follows:

**A.    Individuals Likely To Have Discoverable Information**

    1.    Mr. Frank B. Weisz, 5 E. Germantown Pike, Plymouth Meeting, PA 19462.
    2.    Ms. Rose Marie Soto, 5 E. Germantown Pike, Plymouth Meeting, PA 19462.
    3.    Mr. Thomas E. Shea, 5 E. Germantown Pike, Plymouth Meeting, PA 19462.
    4.    Mr. Jeff Levy, Highland Capital Brokerage, Inc., 2002 Renaissance Blvd., Suite 220, King of Prussia, PA 19406.
    5.    Helen Goldstein, 1001 City Avenue, Apt. EE 719, Wynnewood, PA 19096.
    6.    Steven Lockwood, 75 Rockefeller Plaza, 21st Floor, New York, NY 10019
    7.    Representatives of XLI Holdings, LLC to be determined
    8.    Representatives of American General identified in its initial disclosures or, if not so identified, those who participated in the underwriting and policy amendment process.

B. **Documents In the Weisz Defendants' Possession, Custody Or Control**

Underwriting file on Helen Goldstein, including emails.

C. **Computation of Damages**

Plaintiff is not entitled to any damages, as alleged in the Complaint or otherwise, from the Weisz Defendants.

D. **Insurance Agreements**

None.

JOSEPH W. BENSON, P.A.

/s/ *Andrew G. Ahern III*
Andrew G. Ahern III, Esquire
ID No. 2083
1701 N. Market Street
P.O. Box 248
Wilmington, DE 19899
aahern@jwbpa.com
(302) 656-8811

Attorneys for Defendant Frank Weisz and Frank B. Weisz & Associates, P.C.

Of Counsel:

Kevan F. Hirsch, Esquire
KAPLIN STEWART
Union Meeting Corporate Center
910 Harvest Drive P.O. Box 3037
Blue Bell, PA 19422
610-941-2521
610-684-2016 (fax)

Dated: November 8, 2010

## CERTIFICATE OF SERVICE

I, hereby certify that the Defendants Frank B. Weisz and Frank B. Weisz and Associates, P.C.s' Rule 26(a)(1) Disclosure Statement was caused to be sent and served upon the persons stated below, at the address listed below, and on the date listed below:

Megan N. Harper, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadelphia, PA 19106

Amaryah K. Bocchino, Esquire
Cooley Manion Jones LLP
500 Delaware Avenue, Suite 710
Wilmington, DE 19801

Jason A. Cincilla, Esquire
Cooley Manion Jones LLP
500 Delaware Avenue, Suite 710
Wilmington, DE 19801

JOSEPH W. BENSON, P.A.

/s/ Andrew G. Ahern III
Andrew G. Ahern III, Esquire
ID No. 2083
1701 N. Market Street
P.O. Box 248
Wilmington, DE 19899
aahern@jwbpa.com
(302) 656-8811

Attorneys for Defendant Frank Weisz and
Frank B. Weisz & Associates, P.C.

Dated: November 8, 2010

**CERTIFICATE OF SERVICE**

I, hereby certify that the Defendants Frank B. Weisz and Frank B. Weisz and Associates, P.C.s' Rule 26(a)(1) Disclosure Statement was caused to be served by ECF System upon the persons stated below, at the address listed below, and on the date listed below:

Megan N. Harper, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadelphia, PA 19106

Amaryah K. Bocchino, Esquire
Cooley Manion Jones LLP
500 Delaware Avenue, Suite 710
Wilmington, DE 19801

Jason A. Cincilla, Esquire
Cooley Manion Jones LLP
500 Delaware Avenue, Suite 710
Wilmington, DE 19801

JOSEPH W. BENSON, P.A.

/s/ *Andrew G. Ahern III*
Andrew G. Ahern III, Esquire
ID No. 2083
1701 N. Market Street
P.O. Box 248
Wilmington, DE 19899
aahern@jwbpa.com
(302) 656-8811

Attorneys for Defendant Frank Weisz and